# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IVY FISHEL,<br><br>　　　Plaintiff<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>　　　Defendant | Case No.: 2:18-cv-01301-APG-CWH<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Albertson's LLC's response (ECF No. 7),

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied and I will not remand this case for lack of subject matter jurisdiction at this time.

DATED this 31st day of July, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE