Jack P. Burden, Esq.
Nevada State Bar No. 6918
Xiao Wen Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
shirleyjin@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IVY FISHEL, an individual, | Case No. 2:18-CV-01301-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |
| ALBERTSON'S, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive, | |
| Defendants. | |

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada ("LR") 26-4, Defendant Albertson's LLC ("Defendant"), by and through its counsel of record, BACKUS, CARRANZA & BURDEN, and Plaintiff Ivy Fishel ("Plaintiff"), by and through her counsel of record, WETHERALL GROUP, LTD., hereby stipulate and agree to an extension of all remaining discovery deadlines by sixty (60) days. The parties propose the following revised discovery plan:

## DISCOVERY COMPLETED TO DATE

A 26(f) Conference was held, and a Discovery Plan and Scheduling Order was filed. The parties have exchanged initial disclosures wherein medical records, bills, and other documents and items have been disclosed. Defendant has propounded requests for interrogatories and request for

1

production of documents to Plaintiff. Defendant has noticed Plaintiff's deposition for December 12, 2018. Plaintiff has noticed the deposition of Defendant's corporate designee for December 13, 2018.

### **DISCOVERY TO BE COMPLETED**

The parties will conduct the deposition of Plaintiff, the 30(b)(6) designee(s) for Defendant, experts, and other witnesses. The parties will also propound written discovery and disclose experts.

### **REASONS FOR EXTENSION TO COMPETE DISCOVERY**

Scheduling conflicts have caused delay in conducting the deposition of Plaintiff and Defendant's 30(b)(6) designee. Further, it has been difficult in scheduling the depositions of other witnesses due to the approaching holiday season. Thus, the parties respectfully request the Court for a brief 60-day extension of the remaining discovery deadlines, so that the parties may have sufficient time to depose pertinent witnesses before disclosing their experts. This request is made in good faith, not for the purpose of delay.

### **PROPOSED NEW DISCOVERY DEADLINES**

**Deadline to Amend Pleadings:**

    Currently: October 12, 2018

    **Proposed: N/A**

**Expert Disclosure Deadline:**

    Currently: November 13, 2018

    **Proposed: January 14, 2019**

**Interim Status Report:**

    Currently: November 13, 2018

    **Proposed: January 14, 2019**

/ / /

/ / /

| | | |
|---|---|---|
| 1 | **Rebuttal Expert Disclosure Deadline:** | |
| 2 | Currently: | December 12, 2018 |
| 3 | **Proposed:** | **February 11, 2019** |
| 4 | **Discovery Deadline:** | |
| 5 | Currently: | January 11, 2019 |
| 6 | **Proposed:** | **March 12, 2019** |
| 7 | **Deadline to File Dispositive Motions:** | |
| 8 | Currently: | February 11, 2019 |
| 9 | **Proposed:** | **April 12, 2019** |
| 10 | **Pre-Trial Order Deadline:** | |
| 11 | Currently: | March 13, 2019 |
| 12 | **Proposed:** | **May 13, 2019** |

DATED: this 13th day of November, 2018.   DATED: this 13th day of November, 2018.

**WETHERALL GROUP, LTD.**                **BACKUS, CARRANZA & BURDEN**

By: /s/ Peter C. Wetherall                By: /s/ Jack P. Burden
Peter C. Wetherall, Esq.                  Jack P. Burden, Esq.
9345 West Sunset Road, Suite 100          3050 South Durango Drive
Las Vegas, NV 89148                       Las Vegas, NV 89117
Tel: (702) 838-8500                       Tel: (702) 872-5555
pwetherall@Wetherallgroup.com             jburden@backuslaw.com
*Attorneys for Plaintiff*                 *Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

DATED: November 14, 2018

_____
UNITED STATES MAGISTRATE JUDGE