Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

# DISTRICTD OF NEVADA

| | |
|---|---|
| IVY FISHEL, an individual, | Case No. 2:18-CV-01301-APG-CWH |
| Plaintiff, | |
| vs. | |
| ALBERTSON'S, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER FOR DEFENDANT ALBERTSON'S LLC ADMISSION TO LIABILITYAS TO DUTY AND BREACH

Pursuant to FRCP 16(c)(2)(C), Defendant Albertson's LLC ("ALBERTSON'S"), by and through its counsel of record, Jack P. Burden, Esq. of the law firm Backus, Carranza & Burden, and Plaintiff IVY FISHEL ("FISHEL"), by and through her counsel of record Wetherall Group, Ltd., hereby stipulate as follows:

1. Albertson's hereby admits liability as to duty and breach, but not causation, as regards the subject incident. Specifically, Albertson's admits that it had a duty to maintain the subject premises in a reasonably safe condition. Albertson's admits that it had constructive notice of an unsafe condition and failed to warn Plaintiff. Albertson's makes no admission that Plaintiff's claimed injuries were caused by the resulting slip and fall at issue.

2. Fishel may introduce liability evidence at trial only to establish causation and damages.

3. Both parties may utilize all relevant records, including but not limited to medical records, expert reports, etc., pertaining to causation and damages.

5. The Court will exclude evidence strictly related to liability at the time of trial but will allow evidence relating to factual issues in dispute relating to causation and damages.

6. In consideration of this instant stipulation admitting liability as to duty and breach, the parties agree that no further affirmative defenses will be sought and/or amendment to said Complaint.

DATED: 12/12/18                    DATED: 12/16/18

Backus, Carranza & Burden           Wetherall Group, Ltd.,

_____         _____
Jack P. Burden, Esq.                Peter C. Wetherall, Esq.
BACKUS, CARRANZA & BURDEN           WETHERALL GROUP, LTD.
3050 South Durango Drive            9345 West Sunset Road, Suite 100
Las Vegas, NV 89117                 Las Vegas, NV 89148
jburden@backuslaw.com               Attorney for Plaintiff
Attorneys for Defendant,            IVY FISHEL
ALBERTSON'S LLC

**ORDER**

IT IS SO ORDERED.

Dated: December 13, 2018.

_____
UNITED STATES DISTRICT JUDGE

2