Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

## DISTRICTD OF NEVADA

| | | |
|---|---|---|
| IVY FISHEL, an individual, | ) | Case No.  2:18-CV-01301-APG-CWH |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| ALBERTSON'S, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive, | ) ) ) ) | |
| Defendants. | ) | |

COMES NOW Plaintiff IVY FISHEL by and through her attorney of record Peter C. Wetherall, Esq. of WETHERALL GROUP, LTD. and Defendant ALBERTSON'S LLC by and through its attorney of record Jack P. Burden, Esq. of BACKUS CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above entitled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: June 12, 2019

DATED: June 10th, 2019

**BACKUS, CARRANZA & BURDEN**

**WETHERALL GROUP, LTD.**

_____
JACK P. BURDEN, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
jburden@backuslaw.com
T: 702.872-5555
F: 702.872-5545
*Attorneys for Defendant
Albertson's LLC*

_____
PETER C. WETHERALL, ESQ..
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148
T: 702.838.8500
F: 702.837.5081
pwetherall@Wetherallgroup.com
*Attorneys for Plaintiff
Ivy Fishel*

**ORDER**

**IT IS SO ORDERED:**

_____
United States District Judge
Dated: June 12, 2019.

Respectfully Submitted,

**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant *Albertson's LLC*

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555  FAX: (702) 872-5545